NO. 44451-B

FILED
GREGG COUNTY. TEXAS

JUN 11 2015

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 124th JUDICIAL DISTRICT |
| | § | |
| BRIAN PUCKETT | § | GREGG COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/25/2015 9:19:00 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Brian Puckett, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Brian Puckett.

Respectfully submitted,

Brandon T. Winn
P. O. Box 3668
Longview, TX 75606
Tel: (903) 680-9466
Fax: (903) 215-8244

By: _____
Brandon T. Winn
State Bar No. 24070866
winnlawfirm@gmail.com
Attorney for Brian Puckett

## CERTIFICATE OF SERVICE

This is to certify that on June, 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Gregg County, TX, by First Class Mail.

_____
Brian Puckett